UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RODERICK SKINNER,<br><br>　　　　　　　Petitioner,<br>　　v.<br><br>PERRY RUSSELL, et al.,<br><br>　　　　　　　Respondents. | Case No. 3:21-cv-00318-MMD-CLB<br><br>ORDER |

　　　In this habeas corpus proceeding under 28 U.S.C. § 2254, Petitioner Skinner filed a motion to stay these federal proceedings until his pending state court proceedings have concluded. (ECF No. 40.) After receiving Respondents' opposition to the motion (ECF No. 41), Skinner filed a motion to withdraw his motion to stay (ECF No. 42). Good cause appearing, the Court will grant the latter motion and deny the former. The Court will also allow additional time for Skinner to file his reply to Respondents' answer (ECF No. 39).

　　　It is therefore ordered that Skinner's motion to withdraw his motion to stay (ECF No. 42) is granted. Accordingly, his motion to stay (ECF No. 40) is denied as moot.

　　　It is further ordered that Skinner has 45 days from the date of entry of this order to file a reply to Respondents' answer (ECF No. 39). The case will then be submitted to the Court for a decision on the merits.

　　　DATED THIS 3rd Day of January 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE